**Abatement Order filed August 6, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00478-CV
_____

**MATRA PETROLEUM USA, INC.("MP"), MATRA PETROLEUM OIL & GAS LLC ("MOG"), MATRA PETROLEUM OPERATING LLC ("MO"), MATRA TERRA LLC ("MT") AND MELODY BUSINESS FINANCE, LLC (IMPROPERLY NAMED AS MELODY BUSINESS FINANCE, LLC D/B/A MELODY CAPITAL PARTNERS, LP) MELODY CAPITAL MANAGEMENT, LLC., AND MAXIM BARSKIY, Appellants**

**V.**

**VLADIMIR LENSKIY, Appellee**

**On Appeal from the 157th District Court
Harris County, Texas
Trial Court Cause No. 2019-31055**

## ABATEMENT ORDER

Notice was filed on August 1, 2019 that appellants Matra Petroleum USA, Inc.("MP"), Matra Petroleum Oil & Gas LLC ("MOG"), Matra Petroleum Operating

LLC ("MO"), and Matra Terra LLC ("MT") are in bankruptcy. Tex. R. App. P. 8.1. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM